UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-cr-20700-MORENO/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ANIBAL MUSTELIER,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER comes before the Court on Defendant, Anibal Mustelier's Second Motion to Suppress All Evidence Obtained as a Result of the Unlawful Search and Seizure Conducted by Law Enforcement Officers During the Search of the Defendant's Residence and the Sheds Within the Curtilage Thereof in Violation of the Fourth Amendment to the United States Constitution as Well as All Evidence Derived Therefrom (DE# 79, 2/20/17) (hereinafter "Motion"). This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b) for a report and recommendation. See Order of Reference to Magistrate (DE# 68, 2/10/17). Having reviewed the applicable filings and the law and having held a hearing on February 27, 2017, the undersigned respectfully RECOMMENDS that the Motion (DE# 79, 2/20/17) be **DENIED** for the reasons stated herein.

## BACKGROUND

The defendant is charged by Superseding Indictment in the Southern District of Florida with conspiracy to commit Hobbs Act Robbery in violation of Title 18, United States Code, Section 1951(a); two counts of Hobbs Act Robbery in violation of Title 18, United States Code, Section 1951(a); two counts of brandishing a firearm in furtherance

of a crime of violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii), attempt to commit a Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a) and being a felon in possession of a firearm and ammunition in violation of Title 18, United States Code, Section 922(g)(1). See Superseding Indictment (DE# 37, 12/7/16).

On February 20, 2017, the defendant filed the instant motion. See Motion (DE# 79, 2/20/17). The government filed its response in opposition on February 24, 2017. See United States' Response to Defendant's Second Motion to Suppress All Evidence (DE# 90, 2/24/17).

On February 27, 2017, the undersigned held an evidentiary hearing. The government presented the testimony of Sergeant Marvin Alvarez, Detective Yrani Mirbar, Sergeant Barbaro Hernandez and Detective Michael Ramos. The defendant presented the testimony of Gisela Lima, Maria Garcia and Yolanda Quintero. The Court admitted into evidence the Government's Exhibits A through G and the Defendant's Exhibits A through C and E through F.

## ANALYSIS

Based on the findings of fact and law dictated into the record at the February 27, 2017 evidentiary hearing, the undersigned finds that Sergeant Barbaro Hernandez obtained consent from Gisela Lima, the owner of the residence, to enter into the bedroom where he observed in plain view a taser, gloves and radio on a shelf.

## RECOMMENDATION

In accordance with the foregoing, the undersigned respectfully recommends that Defendant, Anibal Mustelier's Second Motion to Suppress All Evidence Obtained as a

Result of the Unlawful Search and Seizure Conducted by Law Enforcement Officers During the Search of the Defendant's Residence and the Sheds Within the Curtilage Thereof in Violation of the Fourth Amendment to the United States Constitution as Well as All Evidence Derived Therefrom (DE# 79, 2/20/17) be **DENIED**.

This matter is set for a Calendar Call before Judge Moreno on February 28, 2017. The parties shall be prepared to advise the District Court of any objections at the Calendar Call and the District Court shall determine the time for filing objections. The party raising objections shall order the hearing transcript. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report except upon grounds of plain error if necessary in the interest of justice. See 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790, 794 (1989); 11th Cir. R. 3-1 (2016).

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this **27th** day of February, 2017.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Moreno
All counsel of record