UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20700-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANIBAL MUSTELIER,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE was referred to United States Magistrate Judge John O'Sullivan to submit a Report and Recommendation to this Court on defendant's motion to suppress **[D.E. #62]**. It is

**ORDERED and ADJUDGED** that the Court **ADOPTS** the Report and Recommendation of Magistrate Judge O'Sullivan **[D.E. #77]**. The first motion to suppress under **Franks v. Delaware** is **DENIED** for the reasons stated in Open Court on February 28, 2017.

DONE and ORDERED in Open Court in Miami-Dade County Florida this 28th day of February, 2017 and signed this 28 day of February, 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record