UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20700-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANIBAL MUSTELIER,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DENYING MOTION TO SUPPRESS

THIS CAUSE was referred to United States Magistrate Judge John O'Sullivan to submit a Report and Recommendation to this Court on defendant's motion to suppress **[D.E. #79]**.  It is

**ORDERED and ADJUDGED** that the Court **ADOPTS** the Report and Recommendation of Magistrate Judge O'Sullivan **[D.E. #92]**.  The Court **OVERRULES** the objections after conducting a de novo review of the evidence, including the transcripts of the hearings on 02/16/2017 and 02/27/2017.

DONE and ORDERED in Open Court in Miami-Dade County Florida this 4th day of April, 2017 and signed this ___ day of April, 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record